Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
SHAWN GELEGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> SHAWN GELEGAN, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CRS 03-144 WBS <br><br> STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

The parties hereby stipulate to the following:

1. This matter was previously set for judgment and sentencing on January 25, 2006, at 9:00 a.m.

2. The parties hereby stipulate that the judgment and sentencing date may be continued in order to give defense counsel additional time to prepare and in furtherance of the plea agreement. Thus, is hereby requested that the sentencing date be moved to **April 26, 2006, at 9:00 a.m.**

DATED: January 24, 2006         /s/ Tim Warriner
                                Attorney for defendant, SHAWN
                                GELEGAN

DATED: January 24, 2006         /s/ Kymberly A. Smith,
                                Assistant U.S. Attorney

1

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date be continued to April 26, 2006, at 9:00 a.m.

DATED:  January 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2