Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
SHAWN GELEGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>SHAWN GELEGAN, *et al*., )<br>)<br>Defendants. )<br>_____ ) | No. CRS 03-144 WBS<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT<br>AND SENTENCING DATE |

The parties hereby stipulate to the following:

1. This matter was previously set for judgment and sentencing on July 5, 2006, at 9:00 a.m.

2. The parties hereby stipulate that the judgment and sentencing date may be continued in order to give defense counsel additional time to prepare and in furtherance of the plea agreement. Thus, is hereby requested that the sentencing date be moved to **August 30, 2006, at 9:00 a.m.**

DATED: June 26, 2006        /s/ Tim Warriner
                            Attorney for defendant, SHAWN
                            GELEGAN

DATED: June 26, 2006        /s/ Kymberly A. Smith,
                            Assistant U.S. Attorney

1

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date be continued to August 30, 2006, at 9:00 a.m.

DATED: June 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE