Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
SHAWN GELEGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 03-144 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT |
| ) | AND SENTENCING DATE |
| v. ) | |
| ) | |
| SHAWN GELEGAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. This matter was previously set for judgment and sentencing on August 30, 2006, at 9:00 a.m.

2. The parties hereby stipulate that the judgment and sentencing date may be continued for the purpose of preparing and filing materials that relate to the defendant's sentencing. Thus, is hereby requested that the sentencing date be moved to **September 13, 2006, at 9:00 a.m.**

DATED: August 29, 2006         /s/ Tim Warriner
                               Attorney for defendant, SHAWN
                               GELEGAN

DATED: August 29, 2006         /s/ Kymberly A. Smith,
                               Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date be continued to September 13, 2006, at 9:00 a.m.

DATED: August 31, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE